IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHEQUITA DANIELS, Individually and
on Behalf of Others Similarly Situated**                               **PLAINTIFF**

V.                                          No. 4:18-cv-771-JM

**SNSA, INC.,** *et al.*                                                        **DEFENDANTS**

## ORDER

Pending is the parties' first amended and substituted joint motion for approval of FLSA settlement as to liability (Doc. No. 78). The Court finds that the settlement represents a fair and reasonable resolution of a bona fide dispute and does not frustrate implementation of the FLSA. The First Amended and Substituted Joint Motion for Approval of FLSA Settlement—Liability Damages Only (Document No. 78) is GRANTED, and Plaintiffs' complaint is dismissed with prejudice.

IT IS SO ORDERED this 12th day of November, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE